```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TODD KREISLER,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :           21-CV-2057 (VSB)
              -against-                                     :
                                                            :                 **ORDER**
10 EAST 14TH STREET REALTY                                  :
ASSOCIATES, LLC, and AMALGAMATED                            :
BANK,                                                       :
                                                            :
                              Defendants.                   :
-------------------------------------------------------- X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on March 10, 2021, (Doc. 1), and filed an affidavit of service as to Defendant 10 East 14th Street Realty Associates, LLC ("10 East"), on April 12, 2021, which shows that 10 East was served on March 16, 2021 (Doc. 7). The deadline for 10 East to respond to Plaintiff's complaint was April 6. (*See id.*) To date, 10 East has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 30, 2021. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is also reminded that he still must ensure that Defendant Amalgamated Bank is duly served in order to prosecute this action.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

SO ORDERED.

Dated: July 16, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge