```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TODD KREISLER,                                              :
                              Plaintiff,                    :
                                                            :
              -against-                                     :   21-CV-2057 (VSB)
                                                            :
10 EAST 14TH STREET REALTY                                  :        ORDER
ASSOCIATES, LLC, and AMALGAMATED                            :
BANK,                                                       :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on March 10, 2021, (Doc. 1), and filed an affidavit of service as to Defendant 10 East 14th Street Realty Associates, LLC ("10 East"), on April 12, 2021, which shows that 10 East was served on March 16, 2021 (Doc. 7). The deadline for 10 East to respond to Plaintiff's complaint was April 6. (*See id.*) To date, 10 East has not appeared or responded to the complaint. Because of this, I previously ordered Plaintiff to seek a default judgment against 10 East. (Doc. 8.)

Today, counsel for 10 East represented to me, via email, that 10 East shall appear on Monday, August 2, 2021. In that same email, 10 East sought permission to file an answer or otherwise respond by August 13, 2021. 10 East represented that it had contacted Plaintiff's counsel, who had no objection to 10 East's seeking permission to file its overdue response. Assuming these representations to be accurate, it is hereby:

ORDERED that my previous order, (Doc. 8.), is VACATED; and it is further

ORDERED that 10 East's application to respond by August 13, 2021 is GRANTED.

SO ORDERED.

Dated:    August 2, 2021
             New York, New York

                                                                                      VERNON S. BRODERICK
                                                                                  United States District Judge