UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
:
TODD KREISLER, :
:
                    Plaintiff, :
: 21-cv-2057 (VSB)
        -against- :
: **ORDER**
:
10 EAST 14TH STREET REALTY :
ASSOCIATES, LLC AND :
AMALGAMATED BANK, :
:
               Defendants. X
---------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

      Following the post-discovery conference held on August 2, 2022, at 11:00am, it is hereby:

      ORDERED that the parties meet and confer on an appropriate summary judgment briefing schedule, which should take into consideration any time necessary to discuss potential mediation.

      IT IS FURTHER ORDERED that the parties shall submit a joint status letter reflecting the proposed briefing schedule by August 5, 2022.

SO ORDERED.

Dated: August 2, 2022
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge